IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BO MORKOVSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:26-CV-421-RP |
| | § | |
| ROBERT WILLIAMS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane concerning Plaintiff Bo Morkovsky's ("Plaintiff") complaint, (Dkt. 1), issued pursuant to 28 U.S.C. § 1915(e), 28 U.S.C. § 636(b), and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. (R. & R., Dkt. 8). In the report and recommendation, the United States Magistrate Judge recommends that the Court dismiss Defendant Curtis Franks pursuant to 28 U.S.C. § 1915(e)(2)

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b). Because Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having conducted a *de novo* review, the Court agrees with the United States Magistrate Judge's analysis and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of the United States Magistrate Judge, (Dkt. 35), is **ADOPTED**. Defendant Curtis Franks is **DISMISSED** from this suit. Plaintiff's Motion for Order Directing the United States Marshals Service to Re-Attempt

Service of Process on Defendant Curtis Franks, (Dkt. 26), and Plaintiff's Motion for Substituted

Service upon Defendant Curtis Franks, (Dkt. 27), are **DISMISSED** as moot.

    **SIGNED** on July 7, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE